# Court of Appeals
# of the State of Georgia

ATLANTA, __October 06, 2016__

*The Court of Appeals hereby passes the following order:*

**A17A0261.  JIMMY TSELIOS v. TWO JIMMY'S CONSTRUCTION, LLC.**

The trial court entered a default judgment against defendant Jimmy Tselios in this action for breach of contract.  Tselios filed a motion to set aside the default judgment for lack of personal jurisdiction under OCGA § 9-11-60 (d) (1), which the trial court denied.  Tselios then appealed directly to this Court.  We lack jurisdiction.

"[T]he denial of a motion to set aside a final judgment under OCGA § 9-11-60 is not directly appealable and instead requires the filing of an application for discretionary appeal under OCGA § 5-6-35 (b)." *Jim Ellis Atlanta, Inc. v. Adamson*, 283 Ga. App. 116, 116 (640 SE2d 688) (2006); see OCGA § 5-6-35 (a) (8).  Tselios's failure to follow the required appellate procedure deprives us of jurisdiction over this appeal, which is hereby DISMISSED.



*Court of Appeals of the State of Georgia*
*Clerk's Office, Atlanta,* __10/06/2016__
*I certify that the above is a true extract from the minutes of the Court of Appeals of Georgia.*
*Witness my signature and the seal of said court hereto affixed the day and year last above written.*

_____ , *Clerk.*